# United States District Court
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **ARSELIA FARIAS,** | § | |
| *Petitioner,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-01035-P** |
| | § | |
| **SAM'S CLUB** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

### PETITIONER'S FIRST AMENDED COMPLAINT

Petitioner, **ARSELIA FARIAS,** files this First Amended Complaint against Defendant, **SAM'S CLUB**, and alleges as follows:

### I.    DISCOVERY-CONTROL PLAN

1.    Petitioner intends to conduct discovery under the Federal Rules of Civil Procedure.

### II.    CLAIM FOR RELIEF UNDER RULE 47 T.R.C.P

2.    Petitioner seeks monetary relief over $75,000.00.

### III. PARTIES AND SERVICE

3.    Petitioner, **ARSELIA FARIAS**, is an individual residing in Dallas, Texas.

4.    Defendant **SAM'S CLUB**, hereinafter referred to as Defendant, is a company which may be served through its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or wherever Defendant's registered agent may be found may be found.

### IV.    JURISDICTION AND VENUE

5.    Defendant removed this action based on diversity of jurisdiction.

6.    Pursuant to Federal Rules of Civil Procedure Rule 8(a), this Court has jurisdiction of this

civil action pursuant to 28 U.S.C. § 1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

## V.     FACTS

7.      On or about Nov 10, 2022, Petitioner went shopping at Sam's Club located at 4400 Bryant Irving Road in Fort Worth, Texas.

8.       After shopping, and as Petitioner was placing groceries inside of her vehicle, she was hit from behind by a Sam's Club employee that was operating a shopping cart retriever.

9.      The Sam's Club employee was operating the cart retriever in a reckless and careless fashion and was not paying attention to his surroundings.

10.     This impact caused severe, painful and long-lasting personal injuries and effects to Petitioner.

11.     The occurrence causing injury to Petitioner was not caused in any way by Petitioner's fault, carelessness, inattentiveness, or negligence.

## VI.     NEGLIGENCE OF DEFENDANT SAM'S CLUB

12.     Defendant breached the duty of care in the following ways:

   a.     Failing to train employee to safely use cart retriever.
   b.     Failing of employee to maintain a proper lookout.
   c.     Failing to keep premises safe for invitees and shoppers.
   d.     Failing to turn the cart retriever to avoid the collision.
   e.     Failing keep invitees safe from dangerous condition on its premises.

## VII. RESPONDEAT SUPERIOR

13. At all times material to this petition, Defendant's employee was an employee or agent of Defendants **SAM'S CLUB**. The acts of Defendant's employee fall within the course and scope of employment with Defendant **Sam's Club.** Defendant **SAM's CLUB** is liable for the negligent acts and omissions of its' employees and agents under the doctrine of vicarious liability or respondent superior.

## VIII. DAMAGES FOR PETITIONER

14. Defendant's breach of duty proximately caused injury to the Petitioner, which resulted in the following damages to Petitioner:

    a.    Physical pain in the past and future.

    b.    Mental anguish in the past and future.

    c.    Disfigurement in the past and future.

    d.    Physical impairment in the past and future.

    e.    Reasonable Medical expenses in the past and future.

    f.    Loss of earning capacity in the past and future.

    g.    Loss of consortium in the past and future.

    h.    Loss of household services in the past and future.

    i.    Lost profits, which is the value for the loss of anticipated profits.

    j.    Mental-anguish damages for egregious conduct.

    k.    Loss of enjoyment of life.

    l.    Loss of Convenience.

15.    Petitioner seeks damages within the jurisdictional limits of this Court.

## IX. DESIGNATED E-SERVICE ADDRESS

16. The following is the undersigned attorney's designated E-Service address for all documents and notices filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: ktclawfirm@gmail.com. This is the undersigned's only e-service address and service through any other e-mail address will be considered invalid.

## X. PRAYER

17. **WHEREFORE, PREMISES CONSIDERED, Petitioner, ARSELIA FARIAS**, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Petitioner against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre- judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-

judgment interest at the legal rate, costs of court; and such other and further relief to which the Petitioner may be entitled at law or in equity.

Respectfully submitted,

**KELLY T. CURRAN LAW FIRM**

_____

**MOSES CAGE III**
State Bar No. 24055247
Midtown Office Center
5720 LBJ Fwy., Ste. 440
Dallas, Texas 75240
Phone: (469) 730-3007
Fax:    (469) 458-2993
E-service: ktclawfirm@gmail.com
E-mail: moses@ktclawfirm.com
**ATTORNEY FOR PETITIONER**