UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ARSELIA FARIAS,**

   Plaintiff,

v.   No. 4:24-cv-01035-P

**SAM'S CLUB,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with prejudice. ECF No. 15. Having reviewed the Motion, the Court finds that it should be and hereby is **GRANTED.** Therefore, it is **ORDERED** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **14th day of April 2025.**

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE