UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ARSELIA FARIAS,**

   Plaintiff,

v.   No. 4:24-cv-01035-P

**SAM'S CLUB,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **14th day of April 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE